UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY JOHNSON,     Case No. 08-13328

        Plaintiff,     HONORABLE ARTHUR J. TARNOW
v.     SENIOR UNITED STATE DISTRICT JUDGE

WYATT HARRIS, GOVERNOR OF THE STATE     HONORABLE PAUL J. KOMIVES
OF MICHIGAN, AND PETER STROM,     UNITED STATES MAGISTRATE JUDGE

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S EMERGENCY MOTION [13] AND MOTION TO PROCEED IN FORMA PAUPERIS [14]

    Before the Court is Plaintiff's Emergency Motion [13] and Motion to Proceed In Forma Pauperis [14].

    On September 28, 2009, this Court entered an order [11] and judgment [12] dismissing Plaintiff's complaint.

    Plaintiff's Emergency Motion offers no basis upon which relief may be granted.

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion [13] and Motion to Proceed In Forma Pauperis [14] are **DENIED**.

    **SO ORDERED**.

Dated: April 27, 2011     s/Arthur J. Tarnow
    ARTHUR J. TARNOW
    U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon

Gregory Johnson (236335)
Newberry Correctional Facility
3001 Newberry Avenue
Newberry, Mi 49868

1

and counsel of record on April 27, 2011, by electronic and/or ordinary mail.

s/Michael L. Williams<br>
Relief Case Manager